UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  MICHELLE L TORRANCE

CASE NO. 08 B 23892

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-6157

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/10/08 .

2. The case was dismissed without confirmation, 12/19/2008.

3. The Debtor paid a total of $ 1320.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ADJUSTMENT BUR | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | .00 | .00 | 94.18 |
| H&R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 94.18 | .00 | .00 | .00 | 94.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 94.18 | .00 | .00 | .00 | 94.18 |

The Debtor's attorney, NIEBUHR LAW OFFICES                , was allowed $     .00 and was paid $      .00 .

The Trustee received $    5.28 .

Refunds to the Debtor totaled $   1220.54 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                             PAGE   2
       CASE NO. 08 B 23892 MICHELLE L TORRANCE